CHARLES BARCELONA, Respondent, v. JOSEPH ZUMMO, Appellant.— Motion granted unless the appellant shall file and serve the printed papers on appeal herein on or before July 15, 1927, and printed briefs by August 15, 1927.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LUTHER C. LOTZ, Respondent, v. EMMETT J. RYAN, Appellant.— Motion granted unless the appellant shall file and serve the printed papers on appeal and the printed briefs on appeal on or before the 15th of August, 1927.   Present — Hubbs P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN LAUGHLIN, Respondent, v. HERBERT A. MYER and Another, Appellants.— Motion granted unless the appellants shall file and serve the printed papers on appeal on or before August 23, 1927, and shall file and serve the printed briefs on appeal on or before the 5th day of September, 1927.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GEORGE RUKAVINA, Respondent, v. RUDOLPH ZAHORSKI, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears. Taylor and Sawyer, JJ.

THOMAS RUKAVINA, by His Guardian ad Litem, etc., Respondent, v. RUDOLPH ZAHORSKI, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of MARTHA H. BEEMAN, Deceased.— Motion denied.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT A. BADGER and Others, Respondents, v. SCOBELL CHEMICAL COMPANY, INCORPORATED, and Others, Appellants.— Motion denied, with ten dollars costs.   Present — Hubbs, P. J., Clark. Sears, Taylor and Sawyer, JJ.

In the Matter of the Claim of FRANK RAYMOND, Respondent, v. THE ESTATE OF ANDREW DAVIS, Deceased, Appellant.— Motion for the appointment of a referee to take testimony denied, and motion for additional findings of fact denied.   Present — Hubbs, P. J., Clark. Sears and Taylor, JJ.

PEOPLE'S BANK OF BUFFALO, Respondent, v. ALBERT PICK & COMPANY and Others, Appellants.— Motion granted upon condition that appellant file the bond of $20,000 produced before this court upon the argument of this motion, executed by the American Surety Company, to be approved by a judge of a court of record.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of IROQUOIS GAS CORPORATION, Pursuant to Section 2, Chapter 422 of the Laws of 1889, for an Order Permitting It to Construct Pipe Lines for the Transmission of Natural Gas across, along and upon Certain Public Highways in the Town of Holland, Erie County, N. Y.— Application for permission to construct pipe lines along and upon certain public highways in the town of Holland, Erie county, granted upon conditions specified in the order.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of LOUIS JACOBSON, Attorney and Counselor at Law.— Application granted.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.